UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

MANUEL DUTRA and
DEBRA DUTRA

vs.                                              C.A. No.: 1:19-cv-10061-FDS

RICHARD C. ENGERMAN and
ILLINOIS TOOL WORKS, INC.

## DISMISSAL STIPULATION

It is hereby stipulated and agreed to by and between the parties that the above-captioned matte shall be dismissed, with prejudice, no interest, no costs and all rights of appeal waived.

_____
Timothy P. Lynch, Esq. (#678771)
Marasco & Nesselbush LLP
685 Westminster Street
Providence, RI 02903

_____
Joseph S. Bussiere, Esq. (#690860)
Manning Gross + Massenburg LLP
125 High Street, 6th Floor
Boston, MA 02110


Dated: November 25, 2019